**Order entered February 22, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01256-CV

**DEANNA AI LEE, Appellant**

**V.**

**KEVIN DUC NGUYEN, Appellee**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-22786**

## ORDER

We **REINSTATE** this appeal.

By order dated January 16, 2019, we abated this appeal to allow the trial court to make findings of fact and conclusions of law. On February 21, 2019, a supplemental clerk's record was filed containing the trial court's findings of fact and conclusions of law.

Appellant shall file her brief by **March 25, 2019**.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE